## CONTINUATION IN SUPPORT OF CRIMINAL COMPLAINT

1.      I, Kassandra L. Hulliberger, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since 2009. I am currently assigned to the Detroit Field Office, Grand Rapids Resident Agency. During my employment with the FBI, I have conducted investigations involving violations of federal criminal laws, including violations related to child exploitation and pornography. I am familiar with the various statutes of Title 18, United States Code, Chapter 110 – sexual exploitation and other abuse of children, including violations pertaining to distribution of child pornography (18 U.S.C. § 2252A(a)(2)) and possession of child pornography (18 U.S.C. § 2252A(a)(5)(B)), the "subject offenses."

2.      I am familiar with the information contained in this continuation based upon the investigation I have conducted and based on information provided to me by other law enforcement officers and computer examiners who have engaged in investigations involving the distribution and possession of child pornography.

3.      The facts in this Continuation of Criminal Complaint are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. I submit the following to establish probable cause to believe that MATTHEW COAD ("COAD" or "Defendant") has committed the subject offenses of distribution of child pornography and possession of child pornography. This Continuation of Criminal Complaint is intended merely to show probable cause that COAD committed the described offenses below and does not set forth all of my knowledge concerning this matter.

## PROBABLE CAUSE

4.      On or about April 1, 2025, the National Center for Missing and Endangered Children (NCMEC) received a CyberTip from an online site, Sniffies[1], reporting that a user had shared multiple images of child pornography.

5.      The user who shared the child pornography was assigned a unique user identifier by Sniffies: 67eb25058a7fb121d45d9262. ("the Sniffies account"). This account was active on March 31, 2025 and April 1, 2025.

6.      The Sniffies account shared the following images:

a.  **Filename**:  rk5gmks0wawu28v8qj0nb8ytd52m36md-chat-pic.jpeg

**Description**: This This image shows a prepubescent male, naked, lying on his back, and possible on a bed with a blue sheet. An adult male is observed in the picture, naked, with his erect penis near the prepubescent male's anus. The prepubescent male is observed with his legs spread, exposing his anus, and holding his testicles and penis.

b.  **Filename.** jqepii6eqzxmaps7c3aqh1fga3zuqq0l-chat-pic.jpeg

**Description:** This image shows a prepubescent male, naked, lying on his back, and possible on a bed with a purple sheet. An adult male is observed

---

[1] For reference, Sniffies is a map-based hookup web application for gay, bisexual, and bicurious men. Through the application, users can see the location of other users and arrange to hookup. The application also allows users to chat with each other and share images / videos and to video chat. The app has a function which allows users to be assigned a unique user number whenever they log in, so they do not have to make an account.

in the picture, naked, with his erect penis inside the prepubescent male's anus.

7.     The Sniffies account sent the following messages:

> **I wish my son was here now. I could suck him and play with his gorgeous butt while I video it for you.**
>
> **I'm trying to send a bid but cant**
>
> **I did get to try this. And it was heaven**
>
> **That boy at the toilet was basically showing me his d9c for me to take pics**
>
> **I know this was crazy. I walked into the rest are. Amd this kid smiled and stepped back a little while peeing. He smiled at me so I pulled out my camera and he just smiled away**
>
> **Did u get 3 images**

8.     Investigators tracked the IP address associated with the account to an address in Grand Rapids. They discovered that COAD lived at that address.

9.     On July 29, 2025, investigators with the Michigan State Police met with COAD for an interview. COAD provided the following information

    a.  He anonymously logged on to Sniffies

    b.  He messaged other users on the app

    c.  He sent images of child pornography to those other users

    d.  He used online applications to trade child pornography back and forth

    e.  He would engage in fantasy conversations online describing abuse of prepubescent males.

10.    Investigators forensically extracted COAD'S Samsung Galaxy S10E (IMEI: 354773100273.) The review determined the phone contained multiple pictures and videos of child sexually abusive material. Specifically, the following two videos were reviewed by your Affiant:

a.  **File Name**: [Hurtcore][Baby] Baby 0yo suck penis cum in mouth toddler best.avi

   **File Duration**: 2 min 33 second. **Description:** This video depicts a male masturbating near an infant's head. He then holds the infant's face towards his penis and proceeds to partially insert his penis into the baby's mouth while repeatedly stroking his penis in an act consistent with masturbation. The baby can be heard fussing and begins to cry while the male holds his penis in their mouth and continues to masturbate until it appears that he ejaculates inside of the baby's mouth.

b.  **File Name**: BBCaps Comp – When I was a Young boy.avi

   **File Duration**: 5 minutes. **Description**: This video contains a compilation of multiple suspected CSAM clips. In these video clips, multiple juvenile boys, many of which appear to be prepubescent can be seen engaging in sexual activity such as masturbation, oral-genital sex, anal-genital sex, and fondling each other's penises. Some can also be seen inserting objects in other's anus.

4

11.    COAD has a prior felony conviction for Criminal Sexual Conduct (2nd) Mich. Comp. Laws Section 750.750c. The conduct included physical sexual conduct with a prepubescent male.

12.    The Samsung Galaxy S10E used by COAD was manufactured outside of the state of Michigan.