# Attachment 1:

# Character Letters in Support of Defendant

July 17, 2026

James Stevenson Fisher, Esq
Federal Public Defender's Office
50 Louis, N.W. – Suite 300
Grand Rapids, MI 49503-2633

RE: United States of America v. Matthew David Coad
Case no. 1:26-cr-32

Honorable Robert J. Jonker,

My name is Warren Smith. At the time I met Matthew, I was actively involved at Crossroads Bible Church, where I participated in and led various men's ministries. I have served as the Finance Director for my township for more than 20 years, and I also volunteer my financial expertise at Mission India Super Thrift.

I have known Matthew for approximately five years. In early 2021, the leader of our men's ministry asked if I would be willing to open my home to Matthew because he needed a place to live. Prior to that, I did not know him personally. Matthew lived with me for four years, during which time I came to know him very well.

During those years, I watched Matthew become increasingly involved at Crossroads Bible Church and make a sincere effort to grow as both a person and a Christian man. Matthew is a very likable individual, and many of the men from our church came alongside him to support and encourage him in various ways. They helped him with employment opportunities, counseling, mentoring, transportation, and, at times, financial assistance. This support reflected the confidence many people had in his character and his desire to improve his life.

Based on the time I spent with Matthew, I believe he has a strong capacity for rehabilitation. He understands that he made a serious mistake, and I do not believe he will ever make that same mistake again. In my opinion, a lengthy prison sentence would not provide additional benefit to society or make Matthew any more remorseful than he already is. I have seen genuine remorse in him, along with a sincere desire to learn from his actions and move forward in a positive direction.

I also know that Matthew has a desire to share his faith in Jesus Christ with others, and I understand that he has continued to pursue opportunities to do so while incarcerated. Throughout the years I have known him, Matthew has consistently displayed a pleasant demeanor and a calm temperament. I cannot recall ever seeing him lose control of his emotions. When he was upset, he typically became quiet and spent time alone rather than reacting in anger. In my experience, Matthew is not an angry or violent person.

For these reasons, I do not believe Matthew poses a danger to society. I believe he has the character, humility, and support system necessary to continue rebuilding his life and to make positive contributions to those around him. I respectfully ask the Court to consider these observations when determining an appropriate sentence.

Warren Smith

Warren Smith

Mike and Joyce Bolthouse TO James Stevenson Fisher, Esq

GRAND RAPIDS, MI Federal Public Defender

Re: Case no. 1:26-cr-32

My name is Michael David Bolthouse. I'm retired from a 25-year run with a business that installs gate systems and garage doors. I've also worked with after school elementary kids teaching art along with a few years as facilities associate (Janitor, handyman) at Crossroads Church in GR.

I met Matthew Coad at a ministry that was being held in our church, 70 x 7. It's a ministry towards people being released from prison to get them supplies and practical life instructions to do life outside of prison. At first, I thought he was loud, annoying and wouldn't sit still. The fact that he was extremely relational had made me see that he had plans to become a part of "regular" society even when he was constantly being hampered from doing so by others. When he started working for the church's janitorial staff, I witnessed his ability to understand what rules need to be kept, not only because they are safe and needed to be done, but also because they could keep him from any possible accusations of harm (no kids, no individual women, etc...). In his effort to do normal things, he found himself trying to tear himself away from the influences of people in housing that didn't have his good intentions in mind. Eventually he found himself homeless and unable to attain a job he could do. Even after being told "no" over and over, he kept moving forward trying to better himself. He was in heaven when learning culinary skills at GRCC and was hoping it would be an onramp to a better life. My wife and I, at this time, had let him into our house. We made sure that there were rules about who was where and when as he had other close friends that had him overnight occasionally. We, Joyce and I, never considered him a threat or in any way violent. If anything, he seemed to be both growing in his Christian faith, acting responsible around "most" others and getting on top of his medical issues and the drugs that go with them.

Yes, it took a bit of work on our part as he was on the "needy" side of looking for attention.

BUT....

Simply put, at the time of his arrest, his growth into society was climbing. He just needed a permanent place to call home, have the ability to relate and be accountable to good people unhampered and a solid job that aligned with his talent of cooking. These things would have more than likely swung him into becoming a responsible person.... Warts and all.

Mike Bolthouse

7/27/2026

Ned Westveer
Grand Rapids MI 49504

Honorable Robert J. Jonker:

I have known Matthew Coad for about 6 years and am a close friend. We both enjoy nature and outdoor activities (cycling, camping, hiking, etc.). I attended his church when I met him, so we have his friends from Crossroads Church in common, and I join them in activities on occasion. I have seen him struggle several years ago when I first met him, and I have seen tremendous growth in his spirituality and character and his ability to cope with problems in a healthy manner. I think the biggest improvement happened after he started seeing a psychologist who was able to stabilize him on the right medications. That, in turn, helped him become more involved with his therapy, church groups, and school.

Matthew is quick to see when someone is struggling or needs help and does whatever he can to help them. He is quick to do so, even when trying to find permanent housing for himself, struggling financially, or dealing with his own problems. Let me give you a couple of examples. On several occasions, when we left a restaurant, he spotted someone who is homeless and asked them if they wanted his box of leftovers. When we were at McDonald's, we saw someone who was sitting in the restaurant to get out of the cold. He did not have any food on the table. Matthew went up to the counter, ordered something for him, and told them to deliver it to his table. He never said a word about it. He just did it. And, when Mattew was out on bond, I stared helping to clean my church because the custodian quit. He asked if he could volunteer to help and did so nearly every week until his Federal arraignment.

Matthew started working toward a Culinary degree from the Seccia Institute. I was amazed at his enthusiasm and dedication. It was his passion, and he had the talent to be a great Chef. I know because I ate several of his "homework assignments," and they were delicious. I know he wants to get back into this in the future, if possible

Thank you for time. I hope this gives you a better sense of who Matthew is.

Respectfully yours,

Ned Westveer

Ned Westveer

James Stevenson Fisher, Esq.
Federal Public Defender's Office
50 Louis, N.W. - Suite 300
Grand Rapids, MI 49503-2633

Re: United States of America v Matthew David Coad
Case no. 1:26-cr-32

Dear Mr. Fisher,

My name is Gail Coad. I am Matthew David Coad's mother. I reside in Florida with my husband and Matthew's four siblings reside with their families as well. I'm semi-retired working part time at a retail store.

Regarding Matthew's situation, I can only say that I am heart broken for his victims as well as for him. Matthew was born with many health conditions, physical, mental and emotional. While I made every attempt to provide him with help available, counseling, medications, special diets and private schools, nothing seemed to be the complete answer he needed to overcome his diverse ailments.

Matthew left home at 17 years of age and was pretty much estranged from the family. He made bad choices I believe as a result of his disabilities and unsavory company he kept.

Over the past several years, Matthew found himself living in Grand Rapids, MI where he joined a Church who had a great support group of individuals who took him under their mentorship. He was given a place to live with one of the men where he lived for 5 years. He found gainful employment and even pursued a culinary degree in the local college. I had high hopes for him for the first time in many years. Unfortunately, the home he had found security at was now being sold as the gentleman was to be married and moving away. It was shortly after that he became unstable.

I was shocked and very heart broken when I learned about his turning himself in for a crime I couldn't believe he was capable of. I had to wonder if this insecurity led him to self sabotage as he no longer had a safe foundation.

In any case, my prayer for Matthew is that he will find mercy and the help he needs to once again become a contributing member of society.

Thank you for your time.

Gail Coad

August 09, 2026

James Stevenson Fisher, Esq
Federal Public Defender's Office
50 Louis NW - Suite 300
Grand Rapids, MI 49503-2633

RE: *United States of America v. Matthew David Coad*
Case no. 1:26-cr-32

My name is Mark Gotshall. I served as a Church Elder at Crossroads Bible Church, Grand Rapids, MI, for 3 years. I worked as the Facility Director for Crossroads Bible Church until March of 2023. Prior to my working at Crossroads Bible Church, I worked in the Counseling, Mental Health, and Substance Abuse field for over 35 years. I am currently enjoying retirement.

I have known Matthew David Coad for approximately 6 years. We met through the 70x7 ministry, where returning citizens had the opportunity to learn more about themselves and develop work skills. At Crossroads Bible Church, Matthew volunteered alongside me, assisting with setup and tear-down for events and cleaning the building. He was under my direct supervision. Matthew performed his assigned tasks completely and without issue.

Additionally, Matthew and I entered into a mentoring/discipleship relationship in which we read through the Bible, looking for ways to incorporate Biblical teachings into our lives. Matthew shared life events and trauma from his past. Matthew is by no means perfect. He took to heart what we read and talked about, making changes to his life and thought processes. Matthew truly wanted and wants God to change his heart and life. Matthew was honest with me when he struggled and took/takes feedback well.

Matthew regularly attended Crossroads Bible Church's weekly Sunday Gathering. He interacted with other Christ followers, including many of the Pastors and leaders of Crossroads Bible Church. Matthew got involved in a House Church (a smaller church community) and other types of Bible Studies/self-discovery groups. He did well while connected to those groups.

Matthew does best when he has structure and routine. Two of the biggest challenges for Matthew were obtaining and maintaining employment and housing. Matthew completed a woodworking program through Mel Trotter and found employment until he began having physical problems moving equipment. He eventually left that job due to the physical problems. Matthew enrolled in Culinary Classes at a local college and was doing well in the program until his arrest. When Matthew lost his job, he struggled to

pay rent. He did have a good living arrangement until that person had a life-changing event and Matthew became homeless. Homelessness is not a good place for Matthew. There was no affordable housing for him. Our contact decreased at this time.

Matthew's capacity for making changes in his life was greatest when he had structured and ongoing counseling and mental health support or some type of support group where he was able to share "how life was going." Accountability is critical for Matthew.

When Matthew had the structure and routine, he was a viable member of society. He worked, paid rent, and socialized with friends, family, and church members. Matthew has a gift and talent for cooking and creating amazing food dishes, and his ability to develop that trade and enhance those skills would make him a great asset to any food-service business.

Matthew does best when he is around positive, forward-moving, Christ-following individuals. He has a desire to change his behavior, as demonstrated by the various counseling and "self-discovery" programs he has participated in. The work and focus on healing from Matthew's past are not done yet.

My intent is to maintain contact with Matthew regardless of where he is at - imprisoned or out in society.

I appreciate your time in reviewing this letter.

Sincerely,

Mark Gotshall

Mark Gotshall

Newaygo County Mental Health Center
1049 NEWELL STREET, P.O. BOX 867, WHITE CLOUD, MI 49349
231/689-7330 • FAX 689-7345

To the honorable Judge Robert J. Jonker

I'm writing this on behalf of Matthew Coad who is being sentence for his CSC crime. I've been meeting with Matthew regularly since 3/31/2026 and have come to understand that the sexual trauma he has experienced had negatively affected not only his behavior but his personal identity as a human being. In session he tends to really open up about how and why he thinks the way he does. However, he really has not processed his emotions to a counselor until now. His experience, which he reports the sexual abuse began around age 4, has affected his emotions. As a professional counselor he will need a therapy called EMDR which would help him re-process the trauma he has experience for most of his life. Unprocessed trauma will be stored, or frozen, in the Limbic system of the brain in a "raw", emotional form. The limbic is not connected to the cerebral cortex that would allow normal processing. Up to this point he has used "cutting" as a coping mechanism. Very unhealthy. He has viewed himself as a worthless human being and has been suicidal at times. He saw himself as the victim as he has been groomed since age 6. He is a very intelligent man and is beginning to understand that he cannot continue to see himself as a victim anymore. We have talked a lot about more healthy ways of coping and the EMDR process.

My hope and request are that you please consider what he has been through as a young child when sentencing him. I truly believe with the proper professional help he will be a benefit to society and possibly make others more aware of predatorial behavior.

Respectfully,

RWebber

Richard Webber LPC, QMHC

My name is Sandra Vroon, and I am a first-grade teacher at a Christian school in the Grand Rapids area. I came to know Matthew Coad about two years ago through our shared attendance at Crossroads Bible Church. We first connected after noticing that we owned the same Bible, and from that simple conversation, we began talking regularly before and after church services. Over time, my husband and I invited Matthew to join us for coffee and brunch on several occasions, allowing us to get to know him better.

As our friendship developed, Matthew shared some of the difficulties and poor choices from his past, as well as the mistreatment he experienced as a child. The more he told us about his earlier life, the harder it became to reconcile those stories with the person we had come to know. During the time I have known Matthew, he has faithfully attended Crossroads Bible Church, grown in his faith, and worked to build a better life for himself.

Matthew was excited to share with us that he had received a full scholarship to attend the culinary program at Grand Rapids Community College for the 2024–2025 school year. It seemed that he had found a fresh start and a meaningful path forward. He remained committed to his studies, even when coursework became challenging and deadlines approached. I encouraged him along the way and offered suggestions for resources that could help him prepare for quizzes and complete assignments.

In the fall of 2025, Matthew asked to join our house church, a multigenerational group from Crossroads Bible Church that seeks to intentionally live out the Christian faith together. We meet every other week to share meals, discuss our lives, study Scripture, pray, and worship together. Matthew explained that he wanted to surround himself with fellow Christians who could encourage him and model a godly life.

In September 2025, Matthew volunteered to prepare a meal for our group. He used our kitchen to cook, and the meal was excellent—a testament to the skills he had developed through his culinary studies. It was also a joyful occasion for both our house church and the broader Crossroads community when Matthew was baptized on a Sunday morning.

Matthew has admitted to my husband and me that his actions were wrong. He has expressed genuine remorse and understands that there must be consequences for his choices. He has told us that he wants to receive the help he needs and continue on a path of rehabilitation. In my view, he had already begun turning his life around before the warrant for his arrest was issued.

Over the past two years, Matthew has intentionally surrounded himself with positive influences because he recognizes both his need for and desire for that support. He is quick to offer help to others and demonstrates care and concern for the people around him.

I did not know Matthew during the more troubled years of his life and therefore cannot speak to that period. I can only speak to the man I have come to know through church over the last two years. During that time, I have witnessed meaningful change in his character and his sincere efforts to build a different future. He will be deeply missed as he serves his sentence, and our church community will feel his absence as well.

Sandra Vroon
7-31-2026

**The Honorable Robert J. Jonker**
United States District Court

Dear Judge Jonker,

My name is **Tony Vroon**, and I am writing this letter on behalf of **Matthew Coad**. I understand that Matthew has admitted to possessing child pornography, and I am fully aware of the serious nature of these crimes. Matthew has personally acknowledged his actions to me, and I do not write this letter to diminish the severity of his offenses or to excuse his conduct. Rather, I write to share my personal observations of Matthew's character, his growth over the time I have known him, and my belief in his ability to be rehabilitated.

I have known Matthew for approximately two years. We met through our church, which we both attended regularly and where I continue to worship. During the time I have known him, we have developed a friendship through church activities, fellowship, and conversations about our faith and life. Matthew has been a trusted member of our church community, and he is someone I have considered a friend and would feel comfortable turning to for support during a difficult time.

By way of background, I have been employed full-time for over 40 years in roles such as the Food Service Director at Calvin College, Director of Dining Services at Forest Hills Public Schools and currently as a Senior Sales Account Manager for Harris School Solutions. I have served my community in several leadership roles over the years, including serving as Director of the West Michigan Warriors Homeschool Basketball organization, as a Deacon in my previous church, and as a small group leader at my current church (of which Matthew was a member as well). I am married and have five children and seven grandchildren, all of whom live in West Michigan. These responsibilities and experiences have given me opportunities to work closely with people from many different backgrounds and to observe character, personal growth, and accountability in others.

Based on my interactions with Matthew, I believe he has the capacity to be fully rehabilitated. At the same time, I recognize that rehabilitation will require him to receive help for the mental health issues with which he struggles. It is my sincere hope that he will receive meaningful treatment during his sentence so that he can begin the process of recovery and lasting change while incarcerated.

In the two years that I have known Matthew, I have witnessed a positive transformation in his life. He has devoted himself to pursuing a life centered on his Christian faith and has openly acknowledged his faults, failures, and need for personal growth to me and others. I have observed humility in him, a willingness to accept responsibility, and a genuine desire to become a better person. While I cannot speak to the period of his life when these crimes were committed, based on his own descriptions and my observations of him since I have known him, I believe he has changed significantly from the person he was at that time.

I believe society would benefit from Matthew's successful rehabilitation. He has demonstrated a love for God, a commitment to studying Scripture, and a sincere desire to learn and grow. He is teachable,

accepts correction, and is willing to admit when he is wrong. These qualities give me reason to believe that, with proper treatment and guidance, he can return to society as a productive and law-abiding citizen who contributes positively to those around him.

Conversely, my concern regarding a lengthy period of incarceration is not the punishment itself, but the possibility that Matthew might not receive the treatment necessary to address the underlying issues that contributed to his crimes. Without adequate treatment, it may be significantly more difficult for him to successfully reintegrate into society upon his release. I believe that effective rehabilitation and mental health treatment would greatly increase the likelihood that he can become a productive member of society in the future.

On a personal level, I would also deeply miss Matthew's friendship. He has consistently demonstrated concern for others and a desire to serve those around him. I have personally benefited from his thoughtfulness, his love of learning, and his willingness to sacrifice his own interests to help others. He has challenged me to think more deeply about my faith and about living sacrificially for Christ, and I have been grateful for his friendship.

Again, I want to be clear that I understand the seriousness of Matthew's crimes and do not seek to minimize them. Rather, I write because I believe that the man I have come to know over the past two years is capable of genuine rehabilitation. I respectfully ask the Court to consider his growth, his acceptance of responsibility, his need for treatment, and his potential to return to society as a productive and contributing citizen.

Thank you for your time and consideration.

Respectfully,

**Tony Vroon**

Tony Vroon

To whom it concerns

Paul Mallan
[redacted]
Windygates
Leven
KY8 5DW
Scott
United Kingdom

My name is Paul Mallan and I have known Matthew Coad for around five years now and I consider him to be my closest friend. He has become part of our family and I consider him to be my brother and my children consider him to be like an uncle to them. We first met due to a website about nature we both have a slight obsession about ducks and forests and the healing nature of being outside among nature. He was very guarded at first he took a long time to even tell me his name as he was scared of being rejected. Over time I introduced him to my children and he talked to them by email initially but he insisted that I read everything that he sent and they did. This eventually became talking to them on FaceTime but with our camera turned off always unless he was talking to me. I have high functioning autism so most of the time he only saw the top of my head. I or my wife or my adult grandson were always present during every conversation even though we found it strange but he insisted on being safe about it. He resisted every attempt we made to send him pictures of the children and eventually explained why. I have always admired his honesty and the courage it must have taken for him to be able to admit to me his convictions. I wasnt surprised when he told me about it Im a clinical psychologist although I dont practice anymore. It did leave me with a dilemma in my own mind because I was a victim of abuse but so was he. I made the decision to not just abandon him and let him continue to talk to the children. He had already made a huge impact on our lives and he became especially important to two of the children and made a difference to them. My son has Asperger syndrome and was prone to violent meltdowns and self harming behaviour. Matthew just talked to him about how he felt and taught him coping mechanisms that I had tried to teach him but Matthew got through to him. My adult son has autism like my own but hes been through a lot he lost his mother and he found her twin brother who had hung himself. He had a lot of trauma that he couldnt express so he put all his energy into looking after his brothers and sisters but lost his identity along the way. Matthew was so patient with him and helped him through his grief and he left it all behind him and has become an incredible man. They are very close friends and have a special bond and way of communicating and sharing their problems. Matthews bipolar disorder is something I understand because my son who ended his own life had it and it is hell for them. When he is unstable and manic he becomes irrational and impulsive and self destructive and he cant see it. The worst part of his manic episodes is when he comes out of it and hes rational again but remembers everything he said and did. He gets crippled by guilt and shame because he tends to try and push us away especially my son. My son is usually the one who helps him get through it and hes very good at pushing back and helping Matthew get through it. Matthew is our friend our spiritual advisor because we all turn to him when we have problems and he always has the words to calm us. He has come through so much in the past few years and he is trying to be a better person than he was Ive seen the best and worst of him. He grew up being used and abused by people who should have cared and protected him and

he has continued to follow that pattern throughout his life. He is looking for what he has grieved for his entire life not because he is interested in the children but because hes scared of being alone and abandoned again. He has been in relationships which were toxic and abusive but he let himself be abused by them again Matthew got stuck in a cycle of sexual and mental abuse because its all he has ever known. Then he met us and he fought us tooth and nail because we kept telling him that all we wanted was to care for him and even love him. That was too much for him to handle because he had grieved so long for exactly what we give him a family who loves him and accepts all of him. We know what has happened he told us everything or rather a friend did for him. We dont condone him for his actions if its true but we cant abandon him and condemn him its not who we are. He isnt grooming us to get to the children he has done everything to avoid that. I know what people who groom are like I can recognise the pattern of it. Matthew is the exact opposite of that he has made sure that the children are safe and secure at all times. He has done everything he can to stabilise himself and his behaviour and gotten his bipolar under control as best he can. I know for a fact that when the alleged offences took place he was going through a manic episode. My oldest son was the one who had to talk him down when he was standing on a bridge thinking about throwing himself off it and I would swear on that. No matter how this ends up however long it takes he will always be part of this family. He is my little brother and the childrens uncle and nothing will ever change that. He is not a bad person he has flaws but with the right support and he has the capacity to be so much more than his alleged crimes. Thank you for your attention I hope this helps you to see him as more than just a number.

Yours sincerely
Paul Mallan