# Attachment 2:

# Letter from Defendant

Honorable Robert Jonker

Thank you for taking the time to read this letter. I am very sorry you have to preside over this case, I deeply regret my actions and behavior that led to these charges. this is not indicative of my values or true charachter. There are no excuses for my behavior, but I hope to shed some light on how I got here.

When I was around 4 or 5 years old until my late twenties, I was a victimized through physical and sexual abuse as well as being exposed to watching and being in child pornography. this happened to me by many including members of my own family. these events led to mental and emotional trauma, drug abuse, addiction as well as victimizing myself. Clearly, these events played a key part in my behavior leading me here. Your Honor. this is not the man I want to be. I want help to heal and be whole.

It is important to my recovery that I acknowledge I have a problem. I recognize that whenever child pornography is produced, there is a permanate record of the childs unwilling participation in humiliating acts and redistribution of that material continues their revictimization cycle and further exposes their darkest traumas. I realize how damaging this is to them. I am ashamed of myself for participating in their worst memories - especially as a survivor of child abuse.

I have worked very hard to get my life back on track and to be an upstanding contributor to my community. When I moved to Grand Rapids I started this process by completing a wood working program called Next step. After completion I was offered employment with NuCraft. I held that job for a year before complications from a previous motor vehicle accident, resulting in a broken neck and surgery on both hips, forced me out of work. I loved that job and losing it cause a deep depression. After being sober since 2015, approximately two years ago, I slipped. My mental health and drug abuse were not being managed well. I was suffering. I became impulsive and very self-destructive, falling prey to suicidal ideations, But, again I found strength and took control of my care, I fired Pine Rest and found my current care team trough Trinity health hospital. Trough therapy and med management, I was able to gain better control of my Bipolar ADHD, as well as my drug addiction. I've Been able to //continued⇒

begin working my own neglect and trauma. I have been blessed to have built a strong support team in my church and ~~community~~ Community.

While incarcerated at Newaygo County Jail, I have taken advantage of spiritual growth threw the volunteer chaplains, attending weekly church meetings as well as one on one counsleing and in-pod our Fellowship team which meets several times per day. In ~~other~~ meetings we do deep-dive study on books of the bible, chapter-by-chapter, group discussion, and studies on bible based books such as J. Josh Smiths "The Titus Ten". This book focuses on how to become a more Godly Man. I am also attending weekly Sex Addicts Anonymos, a 12 step Recovery Group. I Am taking every opportunity I can to Learn and heal from this so I can be a better man.

Your Honor, I deeply Regret my actions and the Pain I have caused my victims and my community. From my accident, injuries, Surguries and everything that cost me, I am seeing my childHood abused was not dealt with well. My actions are inexcusable, and I see I was Masking my own Sadness, Loneliness and feelings of Worthlessness. They are Not indicitive of my true Character. Even though I had built a strong support system around me, struggling with childhood sexual assault, Repeated raping, and being exposed so young to graphic imagery of child pornography Left me feeling alone and ashamed. What I have learned so far is turning to this as a means of confronting the atrocities I endured as a child continues to victimize the children as well as my own self. This hindures my healing more than helps me threw it. I am ready to deal with my own trauma Properly and in healthier ways. YouR Honor, my Hope is you will allow me this oppurtunity.

Ultimately, I have cooperated from the begining of this investigation. ~~From the begining~~, turning over my phone without force and turned myself in both before I was on bond and after. I was on bond for several months with no issues while I continued my education in Culinary Arts at Secchia Institute Through GRCC. I maintained a A-B Average and Remained on the

Deans List while enrolled. I hope you can see the Potential I have to change and grow from ~~[illegible]~~ these Poor Coping skills. I understand and regret that I must face consequences for what I have done, Your Honor. But, I hope and Pray for another chance to overcome these issuses and Be the man I know I can be and that God has called me to be. I want to Prove to myself and my support system I am worthy of that chance.

Thank you for your time and consideration,

Sincerely,

Matthew Conrad