**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

**USA v.** Matthew David Coad

**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-cr-32 | October 22, 2026 | 3:03 - 4:06 p.m. | Grand Rapids | |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Constance Turnbull | James Fisher | FPD Appointment |

**TYPE OF HEARING**

__ Arraignment:
  __mute __nolo contendre
  __not guilty __guilty
__ Final Pretrial Conference
__ Detention (waived __ )
__ Motion Hearing
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
✓ Sentencing
__ Trial
__ Other: ____________

**DOCUMENTS**

__ Defendant's Rights
__ Waiver of Indictment
__ Other:
____________
____________

Court to Issue:
__ Order of Detention
__ Notice of Sentencing
__ Order Appointing Counsel
✓ Other:
Judgment & Commitment

**CHANGE OF PLEA**

Charging Document:
__Read __Reading Waived
Guilty Plea to Count(s) ____________
of the ____________
Count(s) to be dismissed at sentencing:
____________

__ Presentence Report Ordered
__ Presentence Report Waived
__ Plea Accepted by the Court
__ Plea Taken under Advisement
__ No Written Plea Agreement

**SENTENCING**

Imprisonment: 210 months
Probation: ____________
Supervised Release: 8 years
Fine: $ 1,500.00
Restitution: $12,000.00
Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes __No
Defendant informed of right to appeal: ✓ Yes __No
Counsel informed of obligation to file appeal: ✓Yes __ No

Conviction Information:
Date: 6/29/26
By: Plea
As to Count (s): 1

**ADDITIONAL INFORMATION:**
Count 2 is dismissed on the motion of the United States.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Carpenter |